NIGHT BOX
FILED

JAN 29 2003

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

CASE NO. 02-20121-CR-MARTINEZ/DUBE

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

HORACE DOTSON,
        Defendant.
_____:

## DEFENDANT'S PSI OBJECTIONS

The defendant, Horace Dotson, through counsel, respectfully objects to the PSI and says the following:

Paragraph 1--The defendant objects to this paragraph because Mr. Dotson was not found guilty of possessing a firearm as indicated. The jury found the defendant guilty solely of possession of 1 round of ammunition.

Paragraph 9 (Adjustment for Acceptance of Responsibility)--The defendant objects to this paragraph because the defense position is that Mr. Dotson accepted responsibility for the specific conduct for which he was convicted. According to application note 2, of the United States Sentencing Guidelines ¶ 3E1.1:

> Conviction by trial, however, does not automatically preclude a defendant from consideration for such a reduction. In rare situations a defendant may clearly



> demonstrate acceptance of responsibility for his criminal conduct even though he exercises his constitutional right to trial... In each such instance, however, a determination that a defendant has accepted responsibility will be based primarily upon pre-trial statements and conduct.

As indicated in paragraph 6, in Mr. Dotson's post-arrest statements, he admitted possession of the ammunition in his pocket, but did not lay claim to the firearm. In its verdict, the jury specifically found that the defendant was guilty of possession of the ammunition, but specifically declined to find that the defendant was guilty of possession of the firearm. The defendant's pre-trial statements strongly demonstrate that the defendant admitted the conduct comprising the offense of conviction and accepted responsibility for possession of the ammunition. Thus, the defendant should receive a two-level adjustment for acceptance of responsibility.

Paragraph 70–The defendant objects to this because he does not currently have any funds in his commissary account.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: *Daniel L. Ecarius*
Daniel L. Ecarius
Assistant Federal Public Defender
Special Attorney Bar No. A-5500636
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
(305) 530-7000, Ext. 114
(305) 536-4559, Fax

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was sent via interagency mail the 29th day of January 29, 2002, to Nancy Langston, Assistant United States Attorney, 99 NE 4th Street, Miami, FL 33132-2111 and Mercedes Sullivan, United States Probation Officer, 300 NE 1st Avenue, Room 315, Miami, FL 33132-2126.

By: *Daniel L. Ecarius*
Daniel L. Ecarius

J:\Dotson, Horace Reg61532-004\Pleadings\PSIobjection.wpd

*UNITED STATES V. HORACE TYRONE DOTSON*
CASE NO. 02-20121-CR-MARTINEZ/DUBE

## SERVICE LIST

| DANIEL ECARIUS<br>ASSISTANT FEDERAL PUBLIC DEFENDER<br>150 W. FLAGLER STREET, SUITE 1700<br>MIAMI, FL 33130-1556<br>305/530-7000, EXT. 114<br>305/536-4559, FAX<br>COUNSEL FOR: HORACE TYRONE DOTSON | NANCY LANGSTON<br>ASSISTANT UNITED STATES ATTORNEY<br>99 NE 4TH STREET<br>MIAMI, FL 33132-2111<br>305/961-9012<br>305/530-7976, FAX<br>COUNSEL FOR: GOVERNMENT |
|---|---|
| MERCEDES SULLIVAN<br>UNITED STATES PROBATION OFFICER<br>300 NE 1ST AVENUE, ROOM 315<br>MIAMI, FL 33132-2126<br>305/523-5442<br>305/523-5496, FAX | |

J:\Dotson, Horace Reg61532-004\Pleadings\PSIobjection.wpd